Mara B. Levin, Esq.
David T. Feuerstein, Esq.
HERRICK, FEINSTEIN LLP
Attorneys for Defendant
Tavern on the Green L.P.
  (d/b/a Tavern on the Green)
2 Park Avenue
New York, NY 10016
mlevin@herrick.com
(212) 592-1400

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY         :
COMMISSION,                          :   ECF CASE
                                     :
                Plaintiff,           :
                                     :
        - v -                        :   CIVIL ACTION NO. 07 Civ 8256
                                     :   (CM) (AJP)
TAVERN ON THE GREEN LTD. P'SHIP      :
(D/B/A TAVERN ON THE GREEN),         :
                                     :   **NOTICE OF APPEARANCE**
                Defendant.           :
------------------------------------x

**PLEASE TAKE NOTICE** that Herrick, Feinstein LLP hereby appears as counsel for Defendant Tavern on the Green L.P. (d/b/a Tavern on the Green) ("Tavern") in the above-captioned action, and demands that all notices and other correspondence given or required to be given to Tavern in this case, be served upon the undersigned attorneys on Tavern's behalf, at the address set forth below.

Dated: New York, New York
       October 18, 2007

                                        HERRICK, FEINSTEIN LLP

                                        By: _____
                                            Mara B. Levin (ML1747)
                                            David T. Feuerstein (DF 6926)
                                            *Attorneys for Defendant*
                                            Two Park Avenue
                                            New York, NY 10016-9301
                                            (212) 592-1400

TO:  Kam S. Wong, Esq.
     Equal Employment Opportunity Commission
     New York District Office
     33 Whitehall Street, 5th Floor
     New York, New York 10004
     Phone:  (212) 336-3703