Derek Wolman (DW 9720)
Susan M. Smith (SS 8649)
SNOW BECKER KRAUSS P.C.
605 Third Avenue, 25th Floor
New York NY 10158
(212) 687-3860
Attorneys for Plaintiff-Intervenor Nyakim Gatkuoth

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY          :   ECF CASE
COMMISSION,                            :
                                       :   Civil Action No.: 07 CIV 8256
                    Plaintiff,         :
                                       :
       -against-                       :   **Affidavit of Service**
                                       :
TAVERN ON THE GREEN LTD. P'SHIP        :
(D/B/A TAVERN ON THE GREEN),           :
                                       :
                    Defendant.         :
-----------------------------------------------------------x

STATE OF NEW YORK     )
                      ) SS:
COUNTY OF NEW YORK    )

   JAMES KELLY, being duly sworn, says: I am not a party to the action and, am over 18 years of age and reside in Queens, New York.

   On October 19, 2007, Deponent served a true copy of **Notice of Motion to Intervene as of Right, Affirmation of Counsel in Support, and Memorandum of Law in Support** by depositing a copy of same enclosed in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by first class mail to the last known address of the addressee as indicated:

Mara B Levin, Esq. (ML 1747)
David T. Feuerstein, Esq. (DF 6926)
HERRICK, FEINSTEIN LLP
Attorneys for Defendant,
Tavern on the Green Ltd. P'ship(d/b/a Tavern on the Green)
Two Park Avenue
New York NY 10016-9301

_____
JAMES KELLY

Sworn to before me this 19th
day of October 2007

_____
Notary Public

SUSAN M. SMITH
Notary Public, State of New York
No. 02SM6016413
Qualified in Queens County
Commission Expires November 23, 2010