Mara B. Levin (ML-1747)
David Feuerstein (DF-6926)
**HERRICK, FEINSTEIN LLP**
Two Park Avenue
New York, New York 10016
(212) 592-1400 (phone)
(212) 592-1500 (fax)
mlevin@herrick.com
dfeuerstein@herrick.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
                Plaintiff,

          -against-

TAVERN ON THE GREEN LTD. P'SHIP
(D/B/A TAVERN ON THE GREEN),

                Defendant.
------------------------------------------------ x

Civil Action No. 07 CV 8256 (CM)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, Tavern on the Green Ltd. P'Ship (d/b/a Tavern on the Green) (private non-governmental parties) certifies that there are no corporate parents, affiliates and/or subsidiaries of Defendants which are publicly held.

Dated: New York, New York
        November 21, 2007

HERRICK, FEINSTEIN LLP

By: /s/ Mara B. Levin
Mara Levin (ML-1747)
David Feuerstein (DF-6926)
Attorneys for Tavern on the Green
2 Park Avenue
New York, NY 10016-9301
Phone: (212) 592-1400
Fax:   (212) 592-1500

HF 3876056v.1 #04210/0002