UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

             Plaintiff,

  -against-

TAVERN ON THE GREEN LTD. P'SHIP
(D/B/A TAVERN ON THE GREEN),

             Defendant
------------------------------------------------------------

MARTHA NYAKIM GATKUOTH,

             Intervenor-Plaintiff.
------------------------------------------------------------x

Civil Action No.: 07 CIV 8256

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                      ) ss:
COUNTY OF NEW YORK  )

    JAMES KELLY, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York.

    On December 27, 2007, Intervenor-Plaintiff Martha Nyakim Gatkuoth's **Complaint in Intervention** was electronically filed with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system.

                                                                      _____
                                                                      James Kelly

Sworn to before me this
____ day of January 2008

_____
Notary Public

JOSEPHINE VITIELLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01VI6037595
QUALIFIED IN PUTNAM COUNTY
COMMISSION EXPIRES FEBRUARY 22, 2010