Derek Wolman (DW 9720)
Susan M. Smith (SS 8649)
SNOW BECKER KRAUSS P.C.
605 Third Avenue, 25th Floor
New York NY 10158
(212) 687-3860

**Attorneys for Intervenor-Plaintiff, Martha Nyakim Gatkuoth**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY           :      **ECF CASE**
COMMISSION,
                                        :      **Civil Action No.: 07 CIV 8256**
                  Intervenor-Plaintiff,  :

          -against-                      :      **INTERVENOR-PLAINTIFF'S**
                                        :      **INITIAL DISCLOSURES**
TAVERN ON THE GREEN LTD. P'SHIP         :      **PURSUANT TO RULE 26(a)**
(D/B/A TAVERN ON THE GREEN),            :
                                        :
                  Defendant.            :
-------------------------------------------------------
                                        :
MARTHA NYAKIM GATKUOTH,                 :
                                        :
                  Intervenor-Plaintiff.  :
-------------------------------------------------------x

TO:    Kam S. Wong, Esq.
       Elizabeth Anne Grossman, Esq.
       U.S. Equal Employment Opportunity Commission
       33 Whitehall Street, 5th Floor
       New York NY 10004
       (212) 336-3703

       Mara Levin, Esq.
       David Feuerstein, Esq.
       Attorneys for tavern on the Green
       2 Park Avenue
       New York NY 10016
       (212) 592-1400

       Pursuant to Rule 26(a) (1) of the Federal Rules of Civil Procedure, Intervenor-Plaintiff,

MARTHA NYAKIM GATKUOTH ("Intervenor-Plaintiff") makes the following disclosures:

A.    <u>The name and, if known, the address and telephone numbers of each individual likely to have discoverable information that the Plaintiff-Intervenor may use to support her claims or defenses, unless solely for impeachment:</u>

      1.    Luz A. Bohorquez
              C/o Tavern on the Green
              Central Park West at 67th Street
              New York NY 10023

      2.    Yocaira Taveras
              559 West 172nd Street #32b
              New York NY 10032
              (347) 865-8460

      3.    Ada Mehia
              C/o Tavern on the Green
              Central Park West at 67th Street
              New York NY 10023

      4.    Chadsuda Yuteng
              C/o Tavern on the Green
              Central Park West at 67th Street
              New York NY 10023

      5.    Lee Marino
              3125 30th Street No. B25
              Astoria New York 11106
              (718) 753-8062

      6.    Christopher Clorody
              C/o Tavern on the Green
              Central Park West at 67th Street
              New York NY 10023

      7.    Kerry Robin Shore
              C/o Tavern on the Green
              Central Park West at 67th Street
              New York NY 10023

      8.    Leon Drogy
              (Address unknown)

      9.    Michael Desiderio
              C/o Tavern on the Green
              Central Park West at 67th Street

New York NY 10023

10. Bismark Irving
C/o Tavern on the Green
Central Park West at 67th Street
New York NY 10023

11. Steve Miller
C/o New York Hotel and Motel Trades Council, AFL-CIO
708 Eighth Avenue
New York NY 10036
(212) 492-3418

12. Osiris Saldivar
C/o Tavern on the Green
Central Park West at 67th Street
New York NY 10023

13. Lea E. DeFrancisci, MD
St. Vincent's Hospital
Behavioral Health Services
144 West 12th Street
New York NY 10011
(Last known address)

14. Monica Pombo, LMSW
Witness Aid Services Unit
Counseling Department
One Hogan Place
New York NY 10013
(212) 335-9633

15. Various therapists/counselors (names unknown):
Members Health Assistance Program
305 West 44th Street
4th Floor
New York NY 10036
(212) 237-3037 (x 1)

16. Unknown psychiatrist
Referred to Intervenor-Plaintiff by
Members Health Assistance Program
Harlem, New York

3

**B.**   **A copy of or a description by category and location of all documents, data compilations, and tangible things that are in Intervenor-Plaintiff's possession, custody or control and that the Intervenor-Plaintiff may use to support her claims or defenses, unless solely for impeachment:**

See documents attached and bearing bates numbers KG 1000- KG 1003. Intervenor-Plaintiff has in her possession a digital recording containing multiple conversations spanning the period March 1, 2004 through and including March 8, 2004, between Intervenor-Plaintiff and Leon Drogy, former Director of Operations of Defendant, and Intervenor-Plaintiff and other employees of Defendant. This digital recording will be made available for review and inspection at Intervenor-Plaintiff attorneys' offices. Documents bearing bates numbers KG 1004- KG 1023 have not been produced pursuant to attorney-client privilege. These documents are described in the Intervenor-Plaintiff's privilege log served herewith.

**C.**   **Computation of Intervenor-Plaintiff's Damages:**

**Compensatory damages**

(i) Lost Wages and Benefits

For the period commencing January 2004- May 2005, Intervenor-Plaintiff claims the sum of not less than $8,060.00.  All such damages are continuing.

(ii) Pain & Suffering/Mental Anguish

Subject to proof presented at trial.

(iii) Other Non Pecuniary Loss

Subject to proof presented at trial.

**Punitive damages**

Subject to proof presented at trial.

4

**Attorneys Fees**

Subject to proof presented at trial.

**D.**    **The Ability to Copy and Inspect the Contents of Any Pertinent Insurance Agreement:**

Not Applicable.

**E.**    **Amendments:**

Intervenor-Plaintiff reserves the right to supplement or amend this automatic disclosure prior

to discovery as may be appropriate and necessary.

Dated: New York, New York
         December 7, 2007

                                        Respectfully submitted,

                                        **SNOW BECKER KRAUSS P.C.**
                                        Attorney for Intervenor-Plaintiff, Kim Gatkuoth
                                        605 Third Avenue, 25th Floor
                                        New York, NY 10158
                                        (212) 687-3860

                                        By: _____
                                                DEREK WOLMAN (DW - 9720)

CO     FILE     DEPT     CLOCK   NUMBER     020
V-Q   000258   222                0000416220   1

*TAVERN ON THE GREEN*
*CENTRAL PARK AT WEST 67TH STREET*
*NEW YORK, N.Y. 10023*

# Earnings Statement

Period Ending:        11/28/2004
Pay Date:             12/02/2004

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:  3
   State:    3
   Local:    3

Social Security Number: 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

**MARTHA NYAKIM GATKUOTH**
**2800 CRESTON AVE.**
**APT.3D**
**BRONX, NY 10468**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.5000 | 35.75 | 411.13 | 18,686.92 |
| Regular | 4.8600 | 4.25 | 20.66 | |
| Overtime | 17.2500 | .50 | 8.63 | 225.31 |
| Overtime | 7.2900 | 3.00 | 22.62 | |
| ol | 11.5000 | 18.00 | 207.00 | 658.38 |
| os | | | | 465.00 |
| **Gross Pay** | | | **$670.04** | 20,035.61 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -59.26 | 1,066.40 |
| | Social Security Tax | -41.54 | 1,242.21 |
| | Medicare Tax | -9.72 | 290.52 |
| | NY State Income Tax | -25.12 | 477.78 |
| | New York Cit Income Tax | -15.53 | 311.00 |
| | **Other** | | |
| | Dffund | -0.50 | 104.00 |
| | Union | -12.37 | 503.53 |
| | Tips | | 465.00 |
| | **Net Pay** | | **$506.00** |

Your federal taxable wages this period are $670.04

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

CO    FILE    DEPT.    CLOCK   NUMBER    020
V-Q   000258  222              0000418263   1

TAVERN ON THE GREEN
CENTRAL PARK AT WEST 67TH STREET
NEW YORK, N.Y. 10023

# Earnings Statement



Period Ending:     01/23/2005
Pay Date:          01/27/2005

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 3
    State:   3
    Local:   3

**MARTHA NYAKIM GATKUOTH**
**2800 CRESTON AVE.**
**APT.3D**
**BRONX, NY 10468**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.5000 | 22.00 | 253.01 | 1,557.91 |
| Regular | 4.9600 | 15.00 | 74.40 | |
| Overtime | | | | 8.63 |
| Hol | | | | 115.00 |
| **Gross Pay** | | | **$327.41** | 1,681.54 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -9.18 | 85.91 |
| | Social Security Tax | -20.30 | 104.26 |
| | Medicare Tax | -4.75 | 24.38 |
| | NY State Income Tax | -5.42 | 40.49 |
| | New York Cit Income Tax | -3.48 | 26.30 |
| | **Other** | | |
| | Dffund | -0.50 | 2.00 |
| | Union | -12.60 | 50.17 |
| | **Net Pay** | **$271.18** | |

Your federal taxable wages this period are $327.41

KG1001

CO.     FILE     DEPT.     CLOCK   NUMBER     020
V-Q    000258   222                0000418757   1

# Earnings Statement

**ADP**

*TAVERN ON THE GREEN*
*CENTRAL PARK AT WEST 67TH STREET*
*NEW YORK, N.Y. 10023*

Period Ending:          02/13/2005
Pay Date:               02/17/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:   3
  State:     3
  Local:     3

**MARTHA NYAKIM GATKUOTH**
**2800 CRESTON AVE.**
**APT.3D**
**BRONX,NY 10468**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 11.5000 | 27.25 | 313.38 | 2,485.52 |
| Regular  | 4.2200 | 7.25 | 30.60 | |
| Overtime |      |       |             | 8.63 |
| Hol      |      |       |             | 115.00 |
| **Gross Pay** | | | **$343.98** | 2,609.15 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -10.84 | 116.21 |
| | Social Security Tax | -21.33 | 161.77 |
| | Medicare Tax | -4.99 | 37.83 |
| | NY State Income Tax | -6.09 | 55.74 |
| | New York Cit Income Tax | -4.00 | 36.73 |
| | **Other** | | |
| | Dffund | -0.50 | 3.50 |
| | Union | -12.60 | 87.97 |
| | **Net Pay** | **$283.63** | |

Your federal taxable wages this period are $343.98

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

KG1002

CO. FILE DEPT. CLOCK NUMBER 020
V-Q 000258 222 0000418928 1

# Earnings Statement



TAVERN ON THE GREEN
CENTRAL PARK AT WEST 67TH STREET
NEW YORK, N.Y. 10023

Period Ending:     02/20/2005
Pay Date:          02/24/2005

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  State:   3
  Local.   3

**MARTHA NYAKIM GATKUOTH**
**2800 CRESTON AVE.**
**APT.3D**
**BRONX,NY 10468**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.5000 | 30.25 | 347.88 | 2,868.12 |
| Regular | 4.9600 | 7.00 | 34.72 | |
| Overtime | | | | 8.63 |
| Hol | | | | 115.00 |
| **Gross Pay** | | | **$382.60** | 2,991.75 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -15.18 | 131.39 |
| | Social Security Tax | -23.72 | 185.49 |
| | Medicare Tax | -5.55 | 43.38 |
| | NY State Income Tax | -7.81 | 63.55 |
| | New York Cit Income Tax | -5.20 | 41.93 |
| | **Other** | | |
| | Dfund | -0.50 | 4.00 |
| | Union | -12.60 | 100.57 |
| | **Net Pay** | | **$312.04** |

Your federal taxable wages this period are $382.60

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

## INTERVENOR-PLAINTIFF'S PRIVILEGE LOG

| Document | Date | Description | Nature of Privilege |
|---|---|---|---|
| KG1004-KG1023 | Undated document | Client's handwritten journal | Materials prepared at the direction of legal counsel in contemplation of criminal prosecution charges |