UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

          Civil Action No.: 07 CIV 8256

          Plaintiff,

   -against-

          **AFFIDAVIT OF SERVICE**

TAVERN ON THE GREEN LTD. P'SHIP
(D/B/A TAVERN ON THE GREEN),

          Defendant.
------------------------------------------------------------

MARTHA NYAKIM GATKUOTH,

          Intervenor-Plaintiff.
------------------------------------------------------------x

STATE OF NEW YORK  )
                        ) ss:
COUNTY OF NEW YORK  )

    JAMES KELLY, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York.

    That on the 7th day of December, 2007, I served a true and exact copy of **INTERVENOR-PLAINTIFF MARTHA NYAKIM GATKUOTH'S INITIAL DISCLOSURES PURSUANT TO RULE 26 (a)** by depositing the same in a sealed envelope, with postage prepaid thereon, in an official depository maintained by the government of the United States, City and State of New York, addressed as follows:

| | |
|---|---|
| Kam S. Wong, Esq. | Mara Levin, Esq. |
| Elizabeth Anne Grossman, Esq. | David Feuerstein, Esq. |
| U.S. Equal Employment Opportunity Commission | Attorneys for Tavern on the Green |
| 33 Whitehall Street, 5th Floor | 2 Park Avenue |
| New York, NY 10004 | New York, NY 10016 |

                                               _/s/ James Kelly_
                                                 James Kelly

Sworn to before me this
____ day of January 2008

_____
Notary Public

JOSEPHINE VITIELLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01VI6037595
QUALIFIED IN PUTNAM COUNTY
COMMISSION EXPIRES FEBRUARY 22, 2010