UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY,        :
COMMISSION,                          :
                Plaintiff,     :
                                  :    No. 07-CV-8256
                                  :    (CM/AJP)
                                  :
                                  :    (ECF)
       v.-                          :
                                  :    **NOTICE OF**
                                  :    **APPEARANCE**
                                  :
TAVERN ON THE GREEN LTD. P'SHIP      :
(D/B/A TAVERN ON THE GREEN),         :
                                  :
                Defendant.     :
-----------------------------------------------------------------:
MARTHA NYAKIM GATKUOTH,               :
                                  :
       Intervenor-Plaintiff          :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendant.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 30, 2008

                                      KASOWITZ, BENSON, TORRES
                                      & FRIEDMAN LLP

                                      Mark W. Lerner
                                      mlerner@kasowitz.com
                                      1633 Broadway
                                      New York, New York  10019
                                      Phone: (212) 506-1700
                                      Fax: (212) 506-1800

                                      Attorneys for Defendant