## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following this 30th day of January, 2008 by facsimile.

Mara B. Levin, Esq.
Herrick, Feinstein LLP
Two Park Avenue
New York, New York  10016

Derek Wolman, Esq.
Snow Becker Krauss P.C.
605 Third Avenue, 25th Floor
New York, New York  10158

Kam S. Wong, Esq.
U.S. EEOC
33 Whitehall Street, 5th Floor
New York, New York  10004

_____
Leslie M. Ballantyne