UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

          Plaintiff,

          -against-

TAVERN ON THE GREEN LTD. P'SHIP
d/b/a Tavern on the Green,

          Defendant.

------------------------------------- x

07 Civ. 8256 (CM) (AJP)

ORDER SCHEDULING
DISCOVERY CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that a conference is scheduled for February 14, 2008 at 2:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

    Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

    SO ORDERED.

Dated:    New York, New York
          February 8, 2008

**Andrew J. Peck**
United States Magistrate Judge

Copies **by fax & ECF** to:    Kam Sau Wong, Esq.
                               Derek Avery Wolman, Esq.
                               David T. Feuerstein, Esq.
                               Judge Colleen McMahon

C:\ORD\Order Scheduling Status Conference