UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY    :
COMMISSION,    :
                Plaintiff,    :
    :
           and    :    Civil Action No. 07 CV 8256
    :    (CM) (AJP)
    :
MARTHA NYAKIM GATKUOTH    :
               Intervenor,    :
    :
        -against-    :
    :
TAVERN ON THE GREEN LTD. P'SHIP    :
(D/B/A TAVERN ON THE GREEN),    :
               Defendant.    :
------------------------------------------------------------x

**NOTICE OF APPEARANCE OF MARGARET A. MALLOY FOR
PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

PLEASE TAKE NOTICE that Margaret A. Malloy hereby appears as counsel for Plaintiff Equal Employment Opportunity Commission in the above-captioned action. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated:    February 14, 2008

                                      ____/s/_____
                                         Margaret A. Malloy
                                    Trial Attorney
                                    U.S. Equal Employment Opportunity Commission
                                    New York District Office
                                    33 Whitehall Street, 5th Floor
                                    New York, New York 10004-2112
                                    (212) 336-3690
                                    margaret.malloy@eeoc.gov