

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
New York District Office

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
For General Information: (800) 669-4000
TTY: (800)-669-6820
District Office: (212) 336-3721
General FAX: (212) 336-3625

Margaret A. Malloy
Trial Attorney
Phone (212) 336-3690
Fax (212) 336-3623
margaret.malloy@eeoc.gov

RECEIVED FEB 20 2008 CHAMBERS OF ANDREW J. PECK

February 8, 2008

**BY TELECOPIER: (212) 805-7933**

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/20/08

Hon. Andrew J. Peck
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007-1312

RE: *EEOC v. Tavern on the Green P'ship Ltd.*, 07 CV 8256 (CM) (AJP)

Dear Judge Peck:

I write on behalf of all parties pursuant to your Order of February 14, 2008 to submit a master deposition schedule for the case. The schedule, which the parties have agreed upon, is attached. Also attached is a fully-executed proposed confidentiality Order for the Court's review. Thank you for your attention.

Very truly yours,
Margaret A. Malloy

cc: Mara B. Levin, Esq.
Mark W. Lerner, Esq.
Derek Wolman, Esq.

**MEMO ENDORSED** 2/20/08

Schedule approved. Any changes must be in writing [signed?] (but need not be submitted to the Court for approval).

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

copy for: [illegible signatures]

BY FAX

# March 2008

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
|  |  |  |  |  | 1 / 2 |
| 3 30 (b)(6) | 4 Ada Mejia | 5 Chadsuda Yuteng | 6 Amanda Peluso | 7 Bismark Irving | 8 / 9 |
| 10 Luz Bohorquez | 11 | 12 Allan Kurtz | 13 Yocaira Taveras | 14 Bob Logan | 15 / 16 |
| 17 Martha Nyakim Gatkuoth | 18 Alan Garmise | 19 Stacy-Ann Hirvela | 20 Leon Drogy | 21 | 22 / 23 |
| 24 Rose Gurfy | 25 Steve Miller | 26 Angela de Castro Santiago | 27 Christina Cates | 28 Wendy Baranello | 29 / 30 |
| 31 Jennifer Hanning |  |  |  |  |  |

Colella, Francesca

# April 2008

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
|  | April 1<br>Kiadelva Martinez | 2<br>John Reardon | 3<br>Steve Tarantino | 4<br>David Hart | 5 / 6 |
| 7<br>Anthony Chiarullo | 8<br>Margaret Burkhart | 9<br>Enrique Montes<br>Katherine Mesa | 10<br>William Zambrotto | 11<br>Osiris Saldivar | 12 / 13 |
| 14<br>Karla Kellet | 15<br>Chris Cloherty | 16<br>Raquel Lacsamana | 17<br>Romona Martin | 18<br>Jason Katz | 19 / 20 |
| 21<br>Hayward Swann | 22<br>Michael Desiderio | 23<br>Manish Verma | 24 | 25 | 26 / 27 |
| 28<br>Colella, Francesca | 29 | 30 |  |  |  |

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:  (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  **February 20, 2008**                         Total Number of Pages:  **4**

| TO | FAX NUMBER |
|---|---|
| Kam Sau Wong, Esq. Margaret A. Malloy, Esq. | 212-336-3623 |
| Derek A. Wolman, Esq. | 212-949-7052 |
| Mara B. Levin, Esq. David T. Feuerstein, Esq. | 212-592-1500 |
| Mark W. Lerner, Esq. | 212-506-1800 |

# TRANSCRIPTION:

### MEMO ENDORSED 2/20/08

Schedule approved. Any changes must be made by written stipulation (but need not be submitted to the Court for approval).

Copy to:   Judge Colleen McMahon