# MEMO ENDORSED

## WROBEL & SCHATZ LLP

PHILIP R. SCHATZ
DAVID C. WROBEL
STEVEN I. FOX

DAVID C. RIMAS
BRETT JOSHPE

ATTORNEYS AT LAW
11TH FLOOR
1040 AVENUE OF THE AMERICAS
NEW YORK, NY 10018-3703

TELEPHONE: (212) 421-8100   FAX: (212) 421-8170
www.wandslaw.com

OF COUNSEL
HOWARD S. SUSSMAN
CHRISTOPHER T. LAMAL

February 22, 2008

By fax to (212) 805-6326
The Honorable Collen McMahon
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Ref.: EEOC v. Tavern on the Green Ltd. Partnership, 07-CV-8256 (CM/AJP)

Dear Judge McMahon:

We are the outside general counsel for defendant Tavern on the Green Limited Partnership ("Tavern on the Green"). I am writing on consent of all parties and attorneys in this matter.

The parties wish to explore the possibility of a negotiated resolution of the dispute prior to incurring the substantial costs and expenses of the extensive scheduled discovery. To that end, the parties jointly request current deadlines be extended for a period of three weeks and that discovery be stayed for an equivalent three week period. We have scheduled a meeting with the EEOC for Tuesday, February 26, 2008, and will be able to report back to the Court after the parties have been able to discuss a consensual resolution in greater depth. If the parties are not able to resolve the matter, prior to the end of the three week period the parties would submit a revised deposition schedule to the Court.

Pursuant to Paragraph E of your Individual Practices dated February 3, 2006, the current deadlines are: Plaintiff's expert report is due March 14, 2008, defendant's expert report is due April 11, 2008, the end-date for disclosure is April 25, 2008, and the joint pretrial order is due May 23, 2008. The parties respectfully propose extending all these dates by three weeks, so that plaintiff's expert report will be due April 4, 2008, defendant's expert report will be due May 2, 2008, the end-date for disclosure will be May 16, 2008, and the joint-pretrial order will be due June 13, 2008.

No prior requests have been made for any extension, and all parties join in this request.

Very respectfully,

Philip R. Schatz

OK - adjournment granted

Collen McMahon
2/25/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

**WROBEL & SCHATZ LLP**

The Honorable Colleen McMahon
February 22, 2008
Page 2 of 2/

Cc:   By Fax to 212-805-7933
      The Honorable Andrew J. Peck
      Magistrate Judge for the Southern District of New York
      Daniel Patrick Moynihan United States Courthouse
      500 Pearl St., Room 1370
      New York, NY 10007

      Kam S. Wong, Esq. at fax number 212-336-3623
      Derek Wolman, Esq. at fax number 212-949-7052
      Mara Levin, Esq. at fax number 212-254-3358
      Mark Lerner, Esq. at fax number 212-506-1800