*Courtesy copy*

Derek Wolman (DW 9720)
Susan M. Smith (SS 8649)
SNOW BECKER KRAUSS P.C.
605 Third Avenue, 25th Floor
New York NY 10158
(212) 687-3860

Attorneys for Plaintiff-Intervenor Nyakim Gatkuoth



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

RECEIVED
OCT 19 2007
CHAMBERS OF
COLLEEN McMAHON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY        :
COMMISSION,                         :
                                    :
                    Plaintiff,      :
                                    :
        -against-                   :
                                    :
TAVERN ON THE GREEN LTD. P'SHIP     :
(D/B/A TAVERN ON THE GREEN),        :
                                    :
                    Defendant.      :
----------------------------------------x

ECF CASE   **#3**

Civil Action No.: 07 CIV 8256 *((M)*

**NOTICE OF MOTION TO**
**INTERVENE AS OF RIGHT**

  PLEASE TAKE NOTICE THAT, upon the annexed Affirmation of Derek Wolman Esq. dated October 15, 2007, and the exhibits thereto and upon the accompanying memorandum of law and the papers and pleadings heretofore had herein, plaintiff-intervenor, Nyakim Gatkuoth ("Plaintiff-Intervenor"), by her attorneys, Snow Becker Krauss, P.C., will move this Court located at the United States Courthouse, 500 Pearl Street, New York, New York, 10007on a date convenient to the Court for an order:

  (a)  Granting Plaintiff-Intervenor Nyakim Gatkuoth leave to intervene as of right in this action pursuant to Fed. R. Civ. P. 24(a) and 42 U.S.C. §2000e-5(f) (1); and

11/16/07
*The motion is granted*

*Colleen McMahon*
USDJ

(b) Granting such other and further relief as this Court deems necessary and proper.

Dated: New York, New York
October 17, 2007

**SNOW BECKER KRAUSS P.C.**
Attorneys for Plaintiff-Intervenor

By: _____
Derek Wolman (DW 9720)
dwolman@sbklaw.com
Susan Smith (SS 8649)
Ssmith@sbklaw.com
605 Third Avenue, 25th Floor
New York, NY 10158
(212) 687-3860
(212) 949-7052 (Facsimile)

TO: Elizabeth Anne Grossman (EG 2478)
Kam Sau Wong (KW 7176)
Lisa Sirkin
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
attorneys for Plaintiff
33 Whitehall Street, 5th Floor
New York NY 10004
(212) 336-3703
(212) 336-3623 (Facsimile)


Tavern on the Green Ltd. P'ship (d/b/a Tavern on the Green)
Defendant
Central Park West at 67th Street
New York NY 10023

2