UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

Equal Employment Opportunity Commission,

                             Petitioner(s),

        -against-

Tavern On The Green Ltd., P'Ship,
d/b/a Tavern On The Green,

                         Respondent(s).
——————————————————————X

07  Civ. 8256 (CM)(AJP)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Andrew J. Peck,  United States
Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ✔ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| _____ | Purpose:_____ |
| _____ | |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ |
| | _____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: 11/16/2007
      New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

SO ORDERED

Hon. Colleen McMahon
United States District Judge