# LITTLER MENDELSON
A PROFESSIONAL CORPORATION

# MEMO ENDORSED

March 12, 2008

A. Michael Weber
Direct: 212.583.2660
Direct Fax: 212.832.2719
mweber@littler.com

VIA FACSIMILE (212.805.6326)

The Honorable Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

Re: *EEOC v. Tavern on the Green Ltd. P'ship*, 07 Civ 8256 (CM) (AJP)

Dear Judge McMahon:

This firm represents the Defendant Tavern on the Green Limited Partnership ("Tavern on the Green") in the above-referenced matter. I write on consent of all parties to respectfully request a stay of discovery in this matter until April 14, 2008, pending settlement discussions and mediation between the parties.

The proposed stay would affect the following scheduled dates: Depositions, scheduled to commence on March 24, 2008; Plaintiff's expert report due on April 4, 2008; Defendant's expert report due on May 2, 2008; the date for completion of discovery on May 16, 2008; and the due date for the joint-pretrial order on June 13, 2008. As such, the parties respectfully propose extending the above dates as follows: Depositions to commence on April 14, 2008; Plaintiff's expert report to be due May 2, 2008; Defendant's expert report to be due May 30, 2008; the date for completion of discovery to June 13, 2008, and the due date for the joint-pretrial order to July 11, 2008.

The parties have previously made one request for an extension of time regarding the deadlines for expert reports, completion of discovery, and the joint-pretrial order, which was endorsed by the Court on February 25, 2008.

Respectfully,

*A. Michael Weber* /s/

A. Michael Weber

cc: Hon. Andrew J. Peck (via facsimile 212.805.7933)
    Kam S. Wong, Esq.
    Derek Wolman, Esq.

*[Handwritten endorsement: OK — but this is the last extension I will grant. Colleen McMahon 3/18/08]*

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM
885 Third Avenue, 16th Floor, New York, New York 10022.4834   Tel: 212.583.9600   Fax: 212.832.2719   www.littler.com