LITTLER MENDELSON
A Professional Corporation
A. Michael Weber (AW-8760)
Attorneys for Defendant Tavern on the Green Limited Partnership
d/b/a Tavern on the Green
885 Third Avenue, 16th Floor
New York, New York 10022.4834
212.583.9600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>and<br><br>MARTHA NYAKIM GATKUOTH,<br><br>Intervenor-Plaintiff<br><br>-against-<br><br>TAVERN ON THE GREEN LTD. P'SHIP (D/B/A TAVERN ON THE GREEN),<br><br>Defendant. | EFC CASE<br><br>Civil Action No. 07 CV 8256 (CM) (AJP)<br><br>**NOTICE OF MOTION FOR LEAVE TO AMEND** |

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ITS ATTORNEY OF RECORD, KAM WONG, ESQ., INTERVENOR-PLAINTIFF MARTHA NYAKIM GATKUOTH, AND HER ATTORNEY OF RECORD, DEREK WOLMAN, ESQ.

PLEASE TAKE NOTICE that pursuant to Rules 15(a) and 16(b) of the Federal Rules of Civil Procedure, and Local Rule 16.2, Tavern on the Green Limited Partnership, d/b/a Tavern on the Green (hereinafter "Defendant") will and hereby does move the above-captioned Court, returnable at Daniel Patrick Moynihan United States Courthouse,

500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court if oral argument is desired, for an order granting Defendant leave to amend its Answers. Defendant will and hereby does also move for such other and further relief as may be just, proper and equitable.

This Motion is based on Defendant's Memorandum of Law in Support of Motion for Leave to Amend dated March 28, 2008; the Declaration of A. Michael Weber, Esq. dated March 28, 2008, and the exhibits annexed thereto; and on such other and further argument and evidence as the Court deems necessary for the adjudication of this Motion.

Dated: March 28, 2008  
       New York, New York

LITTLER MENDELSON, P.C.

s/ A. Michael Weber  
A. Michael Weber (AW-8760)  
Attorneys for Defendant Tavern on the  
Green Limited Partnership (d/b/a Tavern  
on the Green)