LITTLER MENDELSON
A Professional Corporation
A. Michael Weber (AW-8760)
Attorneys for Defendant Tavern on the Green Limited Partnership
d/b/a Tavern on the Green
885 Third Avenue, 16th Floor
New York, New York 10022.4834
212.583.9600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>and<br><br>MARTHA NYAKIM GATKUOTH,<br><br>Intervenor-Plaintiff<br><br>-against-<br><br>TAVERN ON THE GREEN LTD. P'SHIP (D/B/A TAVERN ON THE GREEN),<br><br>Defendant. | EFC CASE<br><br>Civil Action No. 07 CV 8256 (CM) (AJP)<br><br>**DECLARATION OF A. MICHAEL WEBER** |

A. Michael Weber, an attorney duly admitted to this Court, hereby declares under penalty of perjury as follows:

1.    I am an shareholder with the firm of Littler Mendelson, P.C., attorneys of record for the Defendant in this action.   I submit this declaration and the documents annexed thereto in support of Defendant's Motion for Leave to Amend.

2.    On March 25, 2008, I sent counsel for Plaintiff and counsel for Intervenor-Plaintiff proposed stipulations and proposed Amended Answers.

3.    On March 28, 2008, in a good faith effort to resolve the issues raised by the Motion for Leave to Amend, I conferred with Plaintiff's counsel Kam Wong; Ms. Wong declined to consent to the proposed amendments.

4.    Derek Wolman, Esq. was not reachable and, thus, I have not received a response from counsel representing Intervenor- Plaintiff regarding Defendant's proposed amendments.

5.    Attached hereto as **Exhibit A** are true and accurate copies of Defendant's proposed Amended Answers.

6.    Attached hereto as **Exhibit B** is a true and accurate copy of the United States Supreme Court decision granting certiorari of the Second Circuit decision in *Pyett v. Pennsylvania Bldg. Co.*, 498 F.3d 88 (2d Cir. 2007).

7.    Attached hereto as **Exhibit C** is a true and accurate copy of *Pyett v. Pennsylvania Bldg. Co.*

Dated: March 28, 2008

s/ A. Michael Weber
A. Michael Weber