# EXHIBIT B

LEXSEE

14 Penn Plaza LLC, et al., Petitioners v. Steven Pyett, et al.

No. 07-581.

SUPREME COURT OF THE UNITED STATES

*170 L. Ed. 2d 57; 2008 U.S. LEXIS 1418; 76 U.S.L.W. 3438*

February 19, 2008, Decided

**PRIOR HISTORY:** *Pyett v. Pa. Bldg. Co., 498 F.3d 88, 2007 U.S. App. LEXIS 18242 (2d Cir. N.Y., 2007)*

**JUDGES:** [*1] Roberts, Stevens, Scalia, Kennedy, Souter, Thomas, Ginsburg, Breyer, Alito.

**OPINION**

Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted.