**Certificate of Service**

I hereby certify that on March 28, 2008, Defendant's Notice of Motion for Leave to Amend, Defendant's Memorandum of Law in Support of Motion for Leave to Amend and Declaration of A. Michael Weber and all exhibits attached to said Declaration were filed with the Clerk of the District Court and served in accordance with the Federal Rules of Civil Procedure, and/or in Southern District's Rules on Electronic Service upon the following parties and participants:

Kam Sau Wong, Esq.
Attorney for Plaintiff
U.S. Equal Employment Opportunity Commission
33 Whitehall Street, 5th Floor
New York, NY 10004

Derek Wolman, Esq.
Attorney for Inventor-Plaintiff
Snow Becker Krauss P..C.
605 Third Avenue, 25th Floor
New York, NY 10158

/s/ A Michael Weber
A. Michael Weber (AW-8760)
LITTLER MENDELSON, P.C.
885 3rd Avenue, 16th Floor
New York, NY 10022
(212) 583-9600