UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/7/08

---------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
                    Plaintiff,

         and                                    Civil Action No. 07 CV 8256
                                                (CM) (AJP)

MARTHA NYAKIM GATKUOTH
                    Intervenor,

         -against-                              Stipulation and Order Regarding
                                                Response Deadline
TAVERN ON THE GREEN LTD. P'SHIP
(D/B/A TAVERN ON THE GREEN),
                    Defendant.
---------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties in the above-captioned action, that the deadline to respond to Defendant's Motion for Leave to Amend shall be April 28, 2008.

Dated: New York, New York
       April 3, 2008

By: _____          By: _____
    A. Michael Weber (AW 8760)           Kam S. Wong (KW 7176)
    Littler Mendelson                    Equal Employment Opportunity
    885 Third Avenue, 16th Floor         Commission
    New York, New York 10022-4834        33 Whitehall Street, 5th Floor
    (212) 583-9600                       New York, New York 10004
                                         (212) 336-3703

    Attorney for Defendant               Attorney for Plaintiff

By: _____
    Derek Wolman (DW 9720)           SO ORDERED: _____ 4/7/08
                                     Hon. Andrew Jay Peck
                                     United States Magistrate Judge

BY FAX

Snow Becker Krauss P.C.
605 Third Avenue
New York, New York 10158-0125
(212) 455-0442

Attorney for Plaintiff-Intervenor

**SO ORDERED**

_____
U.S. M.J. Andrew J. Peck
