UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X

Equal Employment Opportunity Commission,

                      Petitioner(s),

         -against-

Tavern On The Green Ltd., P'Ship,
d/b/a Tavern On The Green,

                 Respondent(s).

———————————————————————— X

07  Civ. 8256 (CM)(AJP)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Andrew J. Peck,  United States
Magistrate Judge for the following purpose(s):

_____ General Pretrial (includes scheduling,
      discovery, non-dispositive pretrial motions,
      and settlement

✓ Specific Non-Dispositive Motion/Dispute:*

    Motion for leave to
    Amend Answer

If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C.
      §636(c) for all purposes
      (including trial)

_____ Consent under 28 U.S.C.
      §636(c) for limited purpose
      (e.g., dispositive motion,
      preliminary injunction

      Purpose:_____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion
      requiring a Report and
      Recommendation

      Particular Motion:_____

      All such motions:_____ _____

* Do not check if already assigned for general pretrial.

Dated:  April 9th, 2008
      New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/9/08

SO ORDERED

Hon. Colleen McMahon
United States District Judge