

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
New York District Office

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
(212) 336-3721
TTY (212) 336-3622
General FAX (212) 336-3625

Kam S. Wong
Senior Trial Attorney
Phone (212) 336-3703
Fax (212) 336-3623
kam.wong@eeoc.gov

RECEIVED APR 22 2008 CHAMBERS OF ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 4/22/08

April 22, 2008

**By Facsimile: (212) 805-7933**

Hon. Andrew J. Peck
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007-1312

RE: *EEOC v. Tavern on the Green P'ship Ltd.*, 07 CV 8256 (CM) (AJP)

Dear Judge Peck:

**BY FAX**

On behalf of Plaintiff EEOC, I write regarding the status of settlement discussions and discovery in the above referenced matter. At this point, EEOC and Defendant have reached an agreement on many substantive terms, including the monetary value, necessary to settle this suit. While there are still issues to be worked through, a resolution of this matter seems promising. In light of the progress in the settlement discussions, continued discovery does not appear warranted at this point. If resuming discovery becomes necessary, because the matter cannot be settled, and the parties cannot agree on a deposition schedule, EEOC will then seek court intervention as needed.

If the Court would like additional information, I can be reached at (212) 336-3703.

Sincerely,

Kam S. Wong
Senior Trial Attorney

cc: A. Michael Weber via facsimile at (212) 832-2719
    Derek Wolman via facsimile at (212) 949-7052

---

**MEMO ENDORSED** 4/22/08

The Court hopes the case will settle. But the Court may not pretend to judge McNulty's suit. The 6/13 disc. cutoff will not [be extended].

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

copies by ECF to: All Counsel / Judge McMahon

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** April 22, 2008                           **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Kam Sau Wong, Esq. | 212-336-3623 |
| Derek A. Wolman, Esq. | 212-949-7052 |
| A. Michael Weber, Esq. | 212-832-2719 |

# TRANSCRIPTION:

**MEMO ENDORSED 4/22/08**

The Court hopes the case will settle. But the Court notes that pursuant to Judge McMahon's rules, the 6/13 discovery cutoff will **not** be extended.

**Copy to:** Judge Colleen McMahon