## Certificate of Service

I hereby certify that on May 13, 2008, Defendant's Amended Answer and Defendant's Amended Answer to Complaint in Intervention were filed with the Clerk of the District Court and served in accordance with the Federal Rules of Civil Procedure, and/or in Southern District's Rules on Electronic Service upon the following parties and participants:

>Kam Sau Wong, Esq.
>Attorney for Plaintiff
>U.S. Equal Employment Opportunity Commission
>33 Whitehall Street, 5th Floor
>New York, NY 10004

>Derek Wolman, Esq.
>Attorney for Interventor-Plaintiff
>Snow Becker Krauss P..C.
>605 Third Avenue, 25th Floor
>New York, NY 10158

>　　　　/s/ A Michael Weber
>A. Michael Weber (AW-8760)
>LITTLER MENDELSON, P.C.
>885 3rd Avenue, 16th Floor
>New York, NY 10022
>(212) 583-9600