UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Equal Employment Opportunity Commission    Plaintiff(s),

- against -

Tavern on the Green Ltd. P'ship    Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 8256 (CM)(AJP)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

x Kam Wong
Equal Employment Opportunity Commsn
Attorney(s) for Plaintiff(s)
Address 33 Whitehall St.
Telephone (212) 336-3703

x /s/ Helene Weber
Littler Mendelson, P.C.
Attorney(s) for Defendant(s)
Address 885 Third Avenue, 16th Fl.
Telephone 212-583-9600

x /s/
Snow Becker Krauss
Attorney(s) for Intervenor-Plaintiff
Address 605 3rd Avenue
Telephone 212 455-0442

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____
U.S.D.J.

Magistrate Judge Peck was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.