USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/3/08

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br> and <br> MARTHA NYAKIM GATKUOTH, <br><br> Intervenor, <br><br> - against - <br><br> Tavern on the Green Ltd. P'ship (D/B/A Tavern on the Green), <br><br> Defendants. | Case No. 07 CV 8256 (CM) (AJP) <br><br> **STIPULATION OF VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Intervenor-Plaintiff, Martha Nyakim Gatkuoth ("Intervenor-Plaintiff"), and Defendant, Tavern on the Green Ltd. P'ship ("Defendant"), that all claims asserted by Intervenor-Plaintiff against Defendant in the above captioned matter are voluntarily dismissed in their entirety, with prejudice, without costs or attorneys' fees to any party.

IT IS FURTHER STIPULATED AND AGREED that facsimile copies of the signatures of the parties' counsel on this stipulation may be treated as originals for all purposes.

LITTLER MENDELSON, P.C.

By: _____
A. Michael Weber (AMW 8760)
885 Third Avenue, 16th Floor
New York, New York 10022
Telephone: 212.583.9600
Facsimile:  212.832.2719
Attorneys for Defendant

Dated: New York, New York
       May 29, 2008

SNOW BECKER KRAUSS, P.C.

By: _____
Derek Wolman (DW 9720)
605 Third Avenue, 25th Floor
New York, New York 10158
Telephone: 212.687.3860
Facsimile:  212.949.7052
Attorneys for Intervenor-Plaintiff

Dated: New York, New York
       May 31, 2008

SO ORDERED: 6/3/08
_____
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**