# LITTLER MENDELSON
A PROFESSIONAL CORPORATION

July 21, 2008

A. Michael Weber
Direct: 212.583.2660
Direct Fax: 212.832.2719
mweber@littler.com

**VIA FACSIMILE (212.805.6326)**

The Honorable Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

**MEMO ENDORSED**

Re:   *EEOC v. Tavern on the Green Ltd. P'ship*, 07 Civ 8256 (CM) (AJP)

Dear Judge Peck:

I write to request the Court's approval to extend the time specified in the Consent Decree in the above-referenced matter for Tavern on the Green to provide its employees with EEOC-approved training from July 23, 2008 to August 31, 2008. Both parties consent to this extension.

Respectfully,

A. Michael Weber

cc:   Kam S. Wong, Esq.

*[Judge's signature, 7/22/08]*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
885 Third Avenue, 16th Floor, New York, New York 10022.4834  Tel: 212.583.9600  Fax: 212.832.2719  www.littler.com

ALABAMA · ARIZONA · ARKANSAS · CALIFORNIA · COLORADO · CONNECTICUT · DISTRICT OF COLUMBIA · FLORIDA · GEORGIA · ILLINOIS · INDIANA · MASSACHUSETTS · MINNESOTA · MISSOURI · NEVADA · NEW JERSEY · NEW YORK · NORTH CAROLINA · OHIO · OREGON · PENNSYLVANIA · RHODE ISLAND · SOUTH CAROLINA · TEXAS · VIRGINIA · WASHINGTON